UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-80024-CR-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL E SENAT,

    Defendant(s).
_____/

## ORDER TRANSFERRING DEFENDANT TO FUGITIVE STATUS

This matter is before the Court *sua sponte*. On March 5, 2019, an indictment was filed herein and under the regular procedure for case assignment this case was assigned to the undersigned. A warrant of arrest was issued for this defendant and the defendant, not having been arrested, is hereby transferred to fugitive status.

**DONE AND ORDERED**, at West Palm Beach, Florida, this 12th day of April, 2019.

                                    ROBIN L. ROSENBERG
                                  UNITED STATES DISTRICT JUDGE