UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80024-RAR

UNITED STATES OF AMERICA,

v.

PAUL E. SENAT,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT'S MOTIONS FOR COMPASSIONATE RELEASE

**THIS CAUSE** comes before the Court upon Magistrate Judge Bruce E. Reinhart's Report and Recommendation Regarding Defendant's Motions Seeking Compassionate Release/Reduction in Sentence Pursuant to § 3582(c)(1)(A)(i) ("Report"), [ECF No. 185], filed on July 14, 2023. To date, Defendant has not filed an objection to the Report. The Court has reviewed the Report and is otherwise fully advised in the premises.

A district court reviewing a magistrate judge's report and recommendation "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also* FED. R. CRIM. P. 59(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). "[I]n determining whether to accept, reject, or modify the magistrate's report and recommendations, the district court has the duty to conduct a careful and complete review." *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 408 (5th Cir. 1982)). Legal conclusions are subject to de novo review, even if no party

specifically objects. *See United States v. Keel*, 164 F. App'x 958, 961 (11th Cir. 2006); *United States. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982).

Mindful of the standard of review, and having carefully reviewed the record, as well as specifically conducted a *de novo* review of the Report's legal conclusions, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge Bruce E. Reinhart's Report, [ECF No. 185] is **AFFIRMED AND ADOPTED**. Accordingly, Defendant's Motions for Compassionate Release, [ECF Nos. 153, 178], are **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 29th day of July, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**